**Order filed, May 16, 2012.**



In The

# Fourteenth Court of Appeals
————————

## NO. 14-12-00246-CV
————————

**HUNTER BUILDINGS & MANUFACTURING, L.P., HUNTER BUILDING, L.L.C., AND HUNTER BUILDINGS INTERNATIONAL, L.L.C., Appellant**

**V.**

**MBI GLOBAL, L.L.C., Appellee**

————————

## NO. 14-12-00247-CV
————————

**BBG GROUP, L.L.C., MILO NICKEL AND THOMAS MICHAEL LEBLANC
V.**

**MBI GLOBAL, L.L.C., Appellee**

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2008-50193**

# ORDER

The reporter's record in this case was due **April 9. 2012**, 2012. *See* Tex. R. App. P. 35.1. On April 11, 2012, this court granted the court reporters request for extension of time to file the record until May 9, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **LaVearn Ivey**, the official court reporter, to file the record in this appeal **on or before June 8, 2012. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **LaVearn Ivey** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM